■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM J. GUISE, Appellant.

The court did err, however, by ordering restitution in the amount of $110 without conducting a hearing. Because the record does not contain sufficient evidence to determine the proper amount of restitution, the matter must be remitted for a hearing (Penal Law § 60.27 [2]; *see, People v Fuller,* 57 NY2d 152, 158-159; *People v Ramirez,* 98 AD2d 985; *People v Clougher,* 95 AD2d 860). The colloquy between the sentencing court and defense counsel was insufficient to establish the victim's monetary loss *(cf., People v Kelsky,* 144 AD2d 386, 387, *lv denied* 73 NY2d 787). Accordingly, the matter is remitted for a hearing to determine the amount of restitution owed by defendant *(see, People v Ramirez, supra; People v Clougher, supra; People v Thigpen,* 60 AD2d 860). (Appeal from Judgment of Supreme Court, Erie County, Forma, J.—Burglary, 3rd Degree.) Present—Denman, P. J., Pine, Balio, Lawton and Davis, JJ.